**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>Armando  Maravilla       )<br>)<br>                                        ) | Docket No.:  0972 1:11CR00274-012 |

On April 29, 2013, the above-named was placed on Probation for a period of 3 years.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  Assistant United States Attorney Henry Z. Carbajal, III, does not object to early termination.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Ross Micheli

Ross Micheli
United States Probation Officer

Dated:   November 24, 2014
             Fresno, California
             rm

                          /s/ Tim Mechem
**REVIEWED BY:**   **Tim Mechem**
             **Supervising United States Probation Officer**

1

Rev. 02/2014
EARLY TERMINATION ~  ORDER (PROB35).DOTX

**Re:    Armando  Maravilla**
       **Docket No:   0972 1:11CR00274-012**
       **Report and Order Terminating Probation**
       **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Armando Maravilla be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   **November 25, 2014**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

2